Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of Montana

_____ Division

# FILED

SEP 1 5 2023

Clerk, U.S. Courts
District of Montana
Butte Division

Peter Thompson; Nikolais Lang Thompson

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

State of Montana; Governors Office; Judicial Branch;
Attorney Generals Office; Office of State Public
Defender; Gallatin County; City of Bozeman;
................More on attached sheet................

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. CV-23-63-BU-BMM-JTJ

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Peter Thompson; and Nikolais Lang Thompson | | |
| Address | 2988 Blackbird Drive | | |
| | Bozeman | MT | 59718 |
| | *City* | *State* | *Zip Code* |
| County | Gallatin | | |
| Telephone Number | (406) 570-0268 | | |
| E-Mail Address | thompson0089@msn.com        nikthompson50@gmail.com | | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | State of Montana | | |
| Job or Title *(if known)* | Department of Administration; Director, Misty Ann Giles | | |
| Address | Mitchell Building, 125 N Roberts St. | | PO Box 200101 |
| | Helena | MT | 59620 |
| | *City* | *State* | *Zip Code* |
| County | Lewis and Clark County | | |
| Telephone Number | (406) 444-2460 | | |
| E-Mail Address *(if known)* | mistyann.giles@mt.gov | | |

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Greg Gianforte | | |
| Job or Title *(if known)* | State of Montana Governor | | |
| Address | State Capitol, Room 204 | | P.O. Box 200801 |
| | Helena | MT | 59620 |
| | *City* | *State* | *Zip Code* |
| County | Lewis and Clark County | | |
| Telephone Number | 406-444-3111 | | |
| E-Mail Address *(if known)* | governor@mt.gov | | |

☐ Individual capacity    ☐ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | City of Bozeman Police Department |
| Job or Title *(if known)* | Chief Jim Veltkamp |
| Address | 901 N Rouse Ave |

| | | |
|---|---|---|
| Bozeman | MT | 59715 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Gallatin County |
| Telephone Number | 406-582-2013 |
| E-Mail Address *(if known)* | jveltkamp@bozeman.net |

☐ Individual capacity     ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Kyle Hodges |
| Job or Title *(if known)* | City of Bozeman Police Officer |
| Address | 901 N Rouse Ave |

| | | |
|---|---|---|
| Bozeman | MT | 59715 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Gallatin County |
| Telephone Number | (406) 582-2951 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Youth rights under the MT Youth Court act, right to be let alone, right against self incrimination, right to counsel for criminal defense, right to be free from adopted polices of oppression, right to a speedy trial, etc...

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please see attached police report, letter to public defender and letter to county attorney for relevant facts.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Please see attached police reports.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

9/15/2020  other sepperate acts follow this date, please see attached reports and letters.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see attached police report, letter to public defender and letter to county attorney for relevant facts.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional, financial and medical expense for treatment of distress.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

10K in actual damages resulting from restitution payments, medical treatments and lost wages due to distress and oppression and time demands related to the circumstances described in the attached documents.  500K in punitive damages due wholesale attack on Youths rights statewide and oppressive violation of laws, rights and state statutes designed to protect youths and adults.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          09/15/2023

Signature of Plaintiff

Printed Name of Plaintiff          Peter Thompson and Nik Thompson

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Extra pages Defendants:

State of Montana; Governors Office; Judicial Branch; Attorney Generals Office; Office of State Public Defender; Gallatin County; City of Bozeman; ...............Does

Governor Greg Gianforte;  Attorney General Austin Knudsen;

Offices of Justice Sandefur; Cheif Justice McGrath; Justice Shea; Justice McKinnon;Justice Gustafson; Justice Baker;  Justice James A. Rice

City of Bozeman; Mayor Cyndy Andrus;
Deputy Mayor Terry Cunningham; Commission I-Ho Pomeroy; Commissioner Christopher Coburn; Commissioner Jennifer Madgic: Does; City Attorneys office and City Attorney Greg Sullivan's; Does

Gallatin County Attorney Audrey Cromwell;  Jayden Johnson; Does

County Commissioners Scott MacFarlane; Zach Brown

Jennifer Boyer

Public Defenders office; Chad Wright; Annie Dewolf; James Reavis; Does; Buddy Rutzke

18th Judicial District Court; The office of Peter Ohman